IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JANISHA DAVIS,                             )
                                           )          Case No. 8:03cv217
                    Plaintiff,             )
                                           )
       vs.                                 )
                                           )                **ORDER**
TENDER HEARTS TREASURES,                   )
LTD.,                                      )
                                           )
                    Defendant.             )

On the Court's own motion, the Rule 16 Planning Conference in this case will be rescheduled.

**IT IS ORDERED:**

1.  The planning conference now scheduled for June 27, 2005 at 11:00 a.m., is continued to **July 28, 2005 at 10:30 a.m.**  The planning conference will be held in Courtroom 6, 2nd Floor, before the undersigned magistrate judge, Roman L. Hruska U. S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. **The plaintiff must appear in person.**

2.  All other requirements and/or deadlines as set out in this court's January 7, 2005 Order Setting Schedule for Initial Progression of Case (#35) remain unchanged.

Dated this 25th day of May 2005.

BY THE COURT:


s/ F. A. Gossett
United States Magistrate Judge