IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANISHA DAVIS, | ) |
| Plaintiff, | ) |
| | ) 8:03cv217 |
| vs. | ) |
| | ) ORDER |
| TENDER HEART TREASURES, LTD., | ) |
| Defendant. | ) |

This matter is before the court on its own motion to correct a clerical error in the court's July 28, 2005 Final Progression Order (#43).

**IT IS ORDERED:**

1. Paragraph 5 of the Final Progression Order (#43) is amended to state: All motions for summary judgment shall be filed on or before **October 12, 2005**. *See* NeCivR 56.1 and 7.1.

2. All other deadlines, hearing dates, and instructions set out in the Final Progression Order (#43) remain the same.

Dated this 12th day of August 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge