FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 SEP -8  AM 11: 40

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANISHA DAVIS, | ) | CASE NO. 8:03 CV 217 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TENDER HEART TREASURES, LTD, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court for determination this <u>8th</u> day of <u>September</u>, 2005, upon the Joint Motion and Stipulation to Dismiss the Lawsuit With Prejudice of the parties (Filing No. <u>51</u>).

The Court being fully advised in the premises, finds that the Joint Motion and Stipulation to Dismiss the Lawsuit With Prejudice should be granted.

IT IS HEREBY ORDERED that the Complaint in the above-captioned matter filed by JaNisha Davis is dismissed with prejudice, each party to pay its own attorney fees and costs, and the making of a complete record waived.

DATED the <u>8th</u> day of <u>September</u>, 2005.

BY THE COURT:

By: _____
Judge Lyle E. Strom, Senior Judge
United States District Court

PREPARED AND SUBMITTED BY:

Margaret C. Hershiser, #19545
Jennifer R. Petersen, #21607
Koley Jessen P.C., L.L.O.
1125 South 103rd Street, Suite 800
Omaha, NE 68124
(402) 390-9500; (402) 390-9005 (fax)
margaret.hershiser@koleyjessen.com
jennifer.petersen@koleyjessen.com

Attorneys for Defendant.

APPROVED AS TO FORM AND CONTENT:

_____
JaNisha Davis, Pro Se

300464.1